NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 6, 2007

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 01-1772

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        *Plaintiff-Appellee,*<br><br>        *v.*<br><br>LARRY OLSON, also known<br>as OREO,<br>        *Defendant-Appellant.* | Appeal from the United States<br>District Court for the Eastern<br>District of Wisconsin.<br><br>No. 98 CR 104<br><br>Lynn Adelman,<br>*Judge.* |

**ORDER**

Larry Olson appealed his conviction and sentence for racketeering and drug conspiracy charges.  We affirmed his conviction, *United States v. Olson*, 450 F.3d 655 (7th Cir. 2006), and ordered a limited remand to ask whether the district court would have imposed the same sentence under an advisory regime.  *United States v. Paladino,* 401 F.3d 471, 483-84 (7th Cir. 2005), *cert. denied*, 126 S. Ct. 1343 (2006). The district court has now indicated that it would likely impose a different sentence in light of the additional discretion afforded by *United States v. Booker*, 543 U.S. 220 (2005).  The district court therefore asks us to vacate Olson's sentence and remand for resentencing.  In their responses to the district court's statement, both Olson and the government ask us to vacate Olson's sentence and remand for resentencing. Therefore, we VACATE Olson's sentence and REMAND for resentencing.